UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ABDIRAHMAN MUKTAR IDIRIS,
Petitioner,

v.

CHRISTOPHER LAROSE, et al.,
Respondents.

Case No.: 26-CV-4652 JLS (MSB)

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS AND GRANTING MOTION TO SEAL**

(ECF Nos. 1, 5)

Presently before the Court is Petitioner Abdirahman Muktar Idiris's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1). Also before the Court are Respondents' Return ("Ret.," ECF No. 4), Respondents' Motion to Seal ("Mot.," ECF No. 5), and Petitioner's Traverse ("Traverse," ECF No. 7).

Petitioner, a citizen of Ethiopia, entered the United States on or about July 29, 2026, seeking asylum. Pet. ¶ 1. Petitioner claims that he is seventeen years old and should be treated and housed as an Unaccompanied Alien Child ("UAC"). *Id.* ¶¶ 20–23. Respondents claim that according to radiographic analysis of Petitioner, his age is estimated to be 20.24 with a 93.53% chance that Petitioner is at least eighteen. Ret. at 3–4. Petitioner argues that this analysis was flawed and that the age range provided by the radiographic analysis is nearly six years—meaning Petitioner could be seventeen as he

claims. Traverse at 3. The Parties also dispute the authenticity of several documents provided by Petitioner: his birth certificate, national ID, and passport. Petitioner requests the Court to issue an order finding that Petitioner is a minor and transferring him to the appropriate detention facility. Pet. at 13.

The Court follows others in this district and **GRANTS IN PART** the Petition (ECF No. 1). *See, e.g.*, *Dable v. LaRose*, No. 26-CV-2375-BAS-DDL, ECF No. 20 (S.D. Cal. June 26, 2026) (ordering an immigration judge to hold a hearing to determine the petitioner's age); *Wali v. LaRose*, No. 26-CV-4708-BTM-GC, ECF No. 10 (S.D. Cal. Aug. 24, 2026) (same). The Court **ORDERS** that Petitioner Abdirahman Muktar Idiris receive a hearing before an Immigration Judge within **fourteen (14) days**, unless Mr. Idiris requests a continuance. At that hearing, the Court directs the Immigration Judge to determine whether Petitioner is a minor. The Parties **SHALL** inform the Court of the outcome of the hearing within **seven days of its completion**.

Further, the Court **GRANTS** Respondents' Motion to Seal (ECF No. 5) as the proposed sealed documents concern Petitioner's medical history and confidential information. *See, e.g.*, *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016). The Clerk is **ORDERD** to file the lodged documents (ECF No. 6) under seal. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 27, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge